No. 02–8157. IN RE CUNNINGHAM;
No. 02–8161. IN RE ZULUAGA; and

No. 02–8182. IN RE RIES. Petitions for writs of habeas corpus denied.